

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00813-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR., DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to March 10, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court